NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3206

MICHAEL A. ENDRES,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in DE3443060055-X-1.

ON MOTION

## O R D E R

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

LINN, Circuit Judge.

Michael A. Endres and the Department of Veterans Affairs jointly move to remand this petition for review to Merit Systems Protection Board, due to settlement, for further proceedings.

Upon consideration thereof

IT IS ORDERED THAT:

(1)    The motion to remand is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAY - 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 5 2009

JAN HORBALY
CLERK

cc:    Thomas F. Muther, Jr., Esq.
       Jane W. Vanneman, Esq.

s20

MAY - 5 2009

ISSUED AS A MANDATE: _____

2008-3206                2